# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207–8 | User: admin | Date Created: 1/20/2023 |
| Case: 8–22–73426–las | Form ID: 274 | Total: 9 |

**Recipients of Notice of Electronic Filing:**
aty    Kenneth H Dramer    dramerlaw@gmail.com

                              TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | Denise Helfrich | 1111 Theodora St | Franklin Square, NY 11010 | | |
| tr | Michael J. Macco | Michael J. Macco Trustee | 2950 Express Dr S | Ste 109 | Islandia, NY 11749 |
| aty | Michael J. Macco | Michael J. Macco Trustee | 2950 Express Dr S | Ste 109 | Islandia, NY 11749 |
| smg | United States Trustee | Office of the United States Trustee | Long Island Federal Courthouse | 560 Federal Plaza – Room 560 | Central Islip, NY 11722–4437 |
| 10135065 | Barclays Bank Delaware | Attn: Bankruptcy | Po Box 8801 | Wilmington, DE 19899 | |
| 10137922 | Cenlar FSB, as servicer for CitiMortgage, Inc. | c/o David A. Gallo & Associates LLP | 47 Hillside Avenue, 2nd Floor | Manhasset, NY 11030 | |
| 10135066 | Chase Card Services | Attn: Bankruptcy | P.O. 15298 | Wilmington, DE 19850 | |
| 10135067 | Hudson City Savings Bank | West 80 Century Road | Paramus, NJ 07652 | | |

                              TOTAL: 8